IN RE HARRISON

No. 148P89.

Case below: 93 N.C. App. 166.

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989.

STATE v. ALLEN

No. 169P89.

Case below: 92 N.C. App. 168.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 8 June 1989.

STATE v. BRITT

No. 158P89.

Case below: 93 N.C. App. 126.

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 June 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989. Petition by the Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 8 June 1989.

STATE v. BROWN

No. 183P89.

Case below: 89 N.C. App. 723.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 8 June 1989.

STATE v. SHUMATE

No. 129P89.

Case below: 92 N.C. App. 757.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 June 1989.